# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**
       Plaintiff,

      v.                          Case No.   23-40004-01-HLT-RES

**MICHAEL RICHARD PATRICK WILKINS,**
       Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Possessing Contraband in Prison**
**[18 U.S.C. § 1791(a)(2)]**

On or about November 21, 2022, in the District of Kansas, the defendant,

**MICHAEL RICHARD PATRICK WILKINS,**

an inmate of the United States Penitentiary Leavenworth, Kansas, a Federal correctional, detention, and penal facility possessed prohibited objects, to wit: one piece of metal approximately 5.5 inches long and sharpened to the point with a braided cloth handle and two toothbrushes holding it together, designed and intended to be used as a weapon.

1

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3) and (d)(1)(B).

A TRUE BILL.

January 4, 2023　　　　　　　　s/*Foreperson*
DATE　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Gregory G. Hough*
GREGORY G. HOUGH, #12860
Assistant U.S. Attorney
District of Kansas
444 Quincy St., Ste. 290
Topeka, KS. 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: greg.hough@usdoj.gov

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

### Counts 1

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. §§ 1791(a)(2), (b)(3) and (d)(1)(B).

- A term of supervised release of not more than three (3) years.  18 U.S.C. §§ 3559(a)(4) and 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).